# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0613
LT Case No. 2021-CF-007508-A

_____

DOMINIC WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Jonathan E. Jordan, of Rier Jordan P.A., Miami, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

March 12, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____